# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 17-10519M |
| Lucindo Diaz-Hernandez | Citizenship: Mexico |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

On or about June 15, 2017 at or near Arivaca, Arizona, in the District of Arizona, Lucindo Diaz-Hernandez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on February 5, 2011 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(2).

Lucindo Diaz-Hernandez is a citizen of Mexico. On February 5, 2011, Lucindo Diaz-Hernandez was lawfully denied admission, excluded, deported and removed from the United States through Brownsville, Texas. On June 15, 2017, agents found Lucindo Diaz-Hernandez in the United States at or near Arivaca, Arizona without the proper immigration documents. Lucindo Diaz-Hernandez did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Lucindo Diaz-Hernandez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Lucindo Diaz-Hernandez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on June 13, 2017, at or near Nogales, Arizona.

File Date: 06/16/2017

at Tucson, Arizona

Ryan Worden, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 06/16/2017

Leslie A. Bowman
United States Magistrate Judge

Alien Number: 077 749 371